**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennifer Bimber fka Jennifer L. Gates          CHAPTER 7
                 Debtor(s)

BKY. NO. 26-10044 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ *Matthew Fissel*
                 Matthew Fissel
                 02 Feb 2026, 12:32:46, EST

Denise Carlon, Esq. (317226)  ☐
Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com