Certificate Number: 17082-PAW-DE-040651665

Bankruptcy Case Number: 26-10044



17082-PAW-DE-040651665

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2026, at 1:22 o'clock PM MST, JENNIFER L BIMBER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 23, 2026      By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director